UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| J.R. AUTOMATION TECHNOLOGIES, LLC, A DELAWARE LIMITED LIABILITY COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>STEVE SARCHET and DAN BRCIC,<br><br>    Defendants. | Civ. Act. No. 25-cv-04945-(JHR)<br><br>Plaintiff is directed to respond to Defendants' motion to reassign and consolidate by **September 18, 2025**.<br><br>SO ORDERED.<br><br>*Jennifer H. Rearden*<br>Jennifer H. Rearden, U.S.D.J.<br>Dated: September 12, 2025 |

## Defendants' Motion to Reassign and Consolidate this Case with Case No. 1:25-cv-3417

    Defendants move to reassign and consolidate this case with Case No. 1:25-cv-3417. This motion is brought under Local Rule 13 of the *Rules of the Division of Business Among District Judges* and Fed. R. Civ. P. 42. This motion is supported by an accompanying brief.

    Defendants sought concurrence in this motion from Plaintiffs via emails dated August 25, 2025, September 2, 2025, and September 9, 2025. Concurrence was not granted.

2

                                          MILLER JOHNSON
                                          Attorneys for Defendants

Dated:  September 10, 2025       By    */s/ D. Andrew Portinga*
                                                    D. Andrew Portinga (P55804)
                                                    Amanda Rauh-Bieri
                                          Business Address:
                                                    45 Ottawa Avenue SW, Suite 1100
                                                    PO Box 306
                                                    Grand Rapids, Michigan 49501-0306
                                          Telephone: (616) 831-1700
                                                    portingaa@millerjohnson.com
                                                    rauhbieria@millerjohnson.com

MJ_ND 4925-9980-1447v2