UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| J.R. AUTOMATION TECHNOLOGIES, LLC, A DELAWARE LIMITED LIABILITY COMPANY,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>STEVE SARCHET and DAN BRCIC,<br><br>　　　　　Defendants. | Civ. Act. No. 25-cv-04945-(JHR) |

## Defendants' Motion to
## Reassign and Consolidate this Case with Case No. 1:25-cv-3417

Defendants move to reassign and consolidate this case with Case No. 1:25-cv-3417.  This motion is brought under Local Rule 13 of the *Rules of the Division of Business Among District Judges* and Fed. R. Civ. P. 42.  This motion is supported by an accompanying brief.

Defendants sought concurrence in this motion from Plaintiffs via emails dated August 25, 2025, September 2, 2025, and September 9, 2025.  Concurrence was not granted.

This motion has already been resolved.

The Clerk of Court is directed to terminate the motion at Dkt. 25.

SO ORDERED.

*(signature)*

Arun Subramanian, U.S.D.J.
Date: October 7, 2025

2

                                                MILLER JOHNSON
                                                Attorneys for Defendants

Dated: September 10, 2025      By   */s/ D. Andrew Portinga*
                                                         D. Andrew Portinga (P55804)
                                                           Amanda Rauh-Bieri
                                               Business Address:
                                                           45 Ottawa Avenue SW, Suite 1100
                                                           PO Box 306
                                                           Grand Rapids, Michigan 49501-0306
                                              Telephone: (616) 831-1700
                                                           portingaa@millerjohnson.com
                                                           rauhbieria@millerjohnson.com

MJ_ND 4925-9980-1447v2